**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLOS PEGUERO,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:22-cv-00057** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **HERMAN QUAY, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, on this 8th day of March 2023, upon consideration of Defendants' motion to dismiss and/or for summary judgment (Doc. No. 21), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss and/or for summary judgment (Doc. No. 21) is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendants; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge